SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  Timothy C. Earl, SBN 174967
  Catherine A. Hanna, SBN 253812
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendant, 1&1 Internet, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trevelyan Fugere, <br><br> Plaintiff, <br><br> v. <br><br> 1&1 Internet, Inc.; and DOES 1 - 10, inclusive, <br><br> Defendants. | Case No. '13CV1180 DMS DHB <br><br> **DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> [Fed. R. Civ. Proc. 7.1 and Local Rule 40.2] |

TO THE DISTRICT COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY given, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 40.2 of the Local Civil Rules of Practice for the United States District Court for the Southern District of California, that Defendant 1&1 Internet, Inc. hereby represents and certifies that it is a nongovernmental corporation organized and existing under the laws of the Commonwealth of Pennsylvania; that it is wholly-owned by 1&1 Internet AG, a German corporation, a wholly-owned subsidiary of

///

United Internet AG, a publicly-traded German corporation. No publicly-held company owns 10% or more of 1&1 Internet, Inc.'s stock.

Dated:  June 17, 2013

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: */s/ Timothy C. Earl*
Timothy C. Earl
Catherine A. Hanna
Attorneys for Defendant
1&1 Internet, Inc.