UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVELYAN FUGERE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1 & 1 INTERNET INC. and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 13cv1180-DMS (DHB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

　　　　On July 24, 2013, the Court held an Early Neutral Evaluation Conference in the above entitled action.

　　　　Pursuant to Rule 26 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

　　　　1.　　The Rule 26(f) conference shall be completed by **August 23, 2013**.

　　　　2.　　All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by **September 9, 2013**.

　　　　3.　　A proposed Joint Discovery Plan shall be lodged with Magistrate Judge David H. Bartick's chambers on or before **September 9, 2013** (the parties should consult Rule 26(f) for the substance of the Joint Discovery Plan).[1]  With regard

---

[1] The proposed Joint Discovery Plan may be delivered directly to chambers, e-mailed to efile_Bartick@casd.uscourts.gov, or faxed to (619) 702-9925.

to electronically stored information (ESI), the parties shall address:

    a.    The nature of each parties' computer system, including the computer software and hardware system configuration, the operating and application software, and the backup, retention, storage and archival procedures regarding ESI that is relevant to the case.

    b.    The preservation of ESI relevant to the case.

    c.    Search terms, search protocols and methods or procedures for privilege review and protection against inadvertent disclosure of privileged ESI.

    d.    Methods to minimize delay and expense of ESI through de-duplication, sampling or other means.

4.    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference shall be held on **September 13, 2013** at **1:30 p.m.** before Magistrate Judge Bartick.  The Case Management Conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiffs shall coordinate and initiate the call.

**IT IS SO ORDERED.**

DATED: July 24, 2013

                                              DAVID H. BARTICK
                                              United States Magistrate Judge